# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201800039

_____

## UNITED STATES OF AMERICA
Appellee

v.

## ARTHUR P. VAN HOUSEN
Aviation Ordnanceman Airman Apprentice (E-2), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann K. Minami, JAGC, USN.
Convening Authority: Commanding Officer, USS JOHN C. STENNIS
(CVN 74).
Staff Judge Advocate's Recommendation: Lieutenant Commander
Nathaniel R. Gross, JAGC, USN.
For Appellant: Commander Eric C. Roper, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 5 June 2018

_____

Before MARKS, PRICE, and FOIL, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court